The People of the State of Illinois ex rel. Hattie
Zimmerman, Appellee, v. Arthur Rhoede, Appel-
lant.

Gen. No. 21,910.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARTHUR
J. GRAY, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1915. Reversed and remanded. Opinion filed
April 12, 1916.

## Statement of the Case.

Bastardy proceeding by the People of the State of
Illinois, on the relation of Hattie Zimmerman, against
Arthur Rhoede, defendant, in the Municipal Court of
Chicago, charging defendant with being the father
of the bastard child of the relatrix. From a judgment
of conviction, defendant appeals.

EMIL A. MEYER, for appellant.

MACLAY HOYNE, for appellee.

MR. PRESIDING JUSTICE PAM delivered the opinion of
the court.

## Abstract of the Decision.

BASTARDS, § 22*—*when evidence insufficient to sustain finding of
defendant's guilt.* In a bastardy proceeding where there was evi-
dence that relatrix met other men about the time when the child
must have been begotten, if it was a full-term child when born,
and the evidence was conflicting as to when the intercourse took
place between relatrix and defendant, defendant testifying that
such intercourse took place at a time which would make the child
when born a seven months' child, and being corroborated in such
testimony, evidence examined and finding of guilty *held* clearly
and manifestly against the weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.